United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Diane Marker  
Diane Marker  
    Debtors

Case No. 17-15614-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: ChrissyW     Page 1 of 1     Date Rcvd: Sep 05, 2017  
                        Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 07, 2017.  
db        #+Diane Marker,   521 Claremont Road,   Springfield, PA 19064-3414  
db        +Diane Marker,   MAILING ADDRESS,   13 North Brookside Road,   2nd Floor,    Springfield, PA 19064-2527

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                               TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 07, 2017                                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 5, 2017 at the address(es) listed below:  
        BRANDON J. PERLOFF    on behalf of Debtor Diane  Marker bperloff@kminjurylawyers.com, kmecf1429@gmail.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com  
                                                                                                TOTAL: 3

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                          :        CHAPTER 13
    Diane Marker                        :
                                        :
                                        :        BANKRUPTCY NO.: 17-15614-elf

**O R D E R**

AND NOW, this   5th   day of   September   2017, upon consideration of Debtor's Motion, it is hereby,

**ORDERED**  that debtor shall be allowed an extension of time until 9/14/2017 to file Schedules, Statements, and other Documents required pursuant to Rule 1007, including the Statement of Affairs, Schedules of Assets and Liabilities and Chapter 13 Plan.

_____
**ERIC L. FRANK
CHIEF U.S. BANKRUPTCY JUDGE**