# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In Re: | : | Chapter 13 | |
| | : | | |
| Diane Marker | : | | |
| | : | | |
| | : | | |
| Debtor(s) | : | Bankruptcy No.17-15614-elf | |

## ORDER

**AND NOW,** this _____ day of _____, 2017, upon consideration of the Motion to Sell Real Property filed by debtor, upon notice to all interested parties, upon the filing, and any response thereto, and after a hearing before the Court and for good cause shown, it is hereby

**ORDERED,** that debtor is granted permission to sell his/her real property located at <u>521 Claremont Road, Springfield, PA 19064</u> ("Property"), for the sale price of $280,000.00, pursuant to the terms of a certain real estate agreement of sale dated as of 10/23/2017, to the buyer there under Paul E. Frosch and Samantha Moreno ("Buyers"), who have been represented to be purchasing the Property at arms-length.

The proceeds of the sale, including any funds held as a deposit made by or on behalf of the Buyer, shall be distributed in the following manner;

**NOTE: these funds are approximations and slight variations will not invalidate this Order**:

1. Ordinary and reasonable settlement costs, including, but not limited to those related to notary services, deed preparation, disbursements, express shipping, surveys, municipal certifications, or any other such routine matters    $ 2,855.00

2. Liens paid at closing -    $185,778.73

3. Real estate taxes, sewer, trash and/or other such items    $ 0.00

4. Property repairs, if any    $0.00

5. Real estate commission, at no greater than 6%    $16,800.00

6. Attorney's fees, if any    $0.00

| | | |
|---|---|---|
| 7. | Any small (less than $300) allowances agreed to be made to Buyer to settle any unforeseen dispute arising at settlement | $0.00 |
| 8. | Miscellaneous | $3,675.19 |
| 9. | Other (Seller Assist, 5%) | $11,200.00 |
| 10. | Credit to Seller | ($2,530.41) |
| | **Total Subtotal** | **$217,778.51** |
| 10. | Paid to Non-filing Spouse | **$31,110.75** |

After paying all liens in full and all costs of sale, the title clerk shall pay, William C. Miller, Chapter 13 standing trustee, the balance of the sales proceeds, approximately **$31,110.75** to be distributed by the standing trustee to his applicable commission[1], upon confirmation, in accordance with debtor's confirmed plan.

The title clerk shall fax a completed HUD-1 or settlement sheet from the closing directly to the trustee immediately upon the close of the settlement, and the trustee shall promptly notify the title company of his approval or objections to the sums to be disbursed.

Upon trustee approval, the title clerk shall fax a copy of the disbursement check to the trustee, and shall immediately transmit the actual disbursement check to the trustee by overnight courier.

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**

---

[1] The Trustee's commission shall be based on the base amount of the confirmed plan.