United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Diane Marker  
Diane Marker  
    Debtors

Case No. 17-15614-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: ChrissyW     Page 1 of 1     Date Rcvd: Nov 29, 2017  
                            Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 01, 2017.  
db          +Diane Marker,    MAILING ADDRESS,    13 North Brookside Road,    2nd Floor,    Springfield, PA 19064-2527  
db          #+Diane Marker,    521 Claremont Road,    Springfield, PA 19064-3414

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 01, 2017                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 29, 2017 at the address(es) listed below:  
         BRANDON J. PERLOFF     on behalf of Debtor Diane  Marker bperloff@kminjurylawyers.com, kmecf1429@gmail.com  
         REBECCA ANN SOLARZ     on behalf of Creditor     REDWOOD RESIDENTIAL ACQUISITION CORPORATION bkgroup@kmllawgroup.com  
         United States Trustee     USTPRegion03.PH.ECF@usdoj.gov  
         WILLIAM C. MILLER, Esq.     ecfemails@ph13trustee.com,   philaecf@gmail.com  
                                                                                                               TOTAL: 4

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In Re:                                                :        Chapter 13
                                                      :
    Diane Marker                   :
                                                      :
                                                      :
                          Debtor(s)    :        Bankruptcy No.17-15614-elf

# ORDER

    **AND NOW,** this ___29th___ day of __November__, 2017, upon consideration of the Motion to Sell Real Property filed by debtor, upon notice to all interested parties, upon the filing, and any response thereto, and after a hearing before the Court and for good cause shown, it is hereby

    **ORDERED,** that debtor is granted permission to sell his/her real property located at <u>521 Claremont Road, Springfield, PA 19064</u> ("Property"), for the sale price of $280,000.00, pursuant to the terms of a certain real estate agreement of sale dated as of 10/23/2017, to the buyer there under Paul E. Frosch and Samantha Moreno ("Buyers"), who have been represented to be purchasing the Property at arms-length.

    The proceeds of the sale, including any funds held as a deposit made by or on behalf of the Buyer, shall be distributed in the following manner;

    **NOTE: these funds are approximations and slight variations will not invalidate this Order**:

| | | |
|---|---|---:|
| 1. | Ordinary and reasonable settlement costs, including, but not limited to those related to notary services, deed preparation, disbursements, express shipping, surveys, municipal certifications, or any other such routine matters | $ 2,855.00 |
| 2. | Liens paid at closing - | $185,778.73 |
| 3. | Real estate taxes, sewer, trash and/or other such items | $ 0.00 |
| 4. | Property repairs, if any | $0.00 |
| 5. | Real estate commission, at no greater than 6% | $16,800.00 |
| 6. | Attorney's fees, if any | $0.00 |

| | | |
|---|---|---|
| 7. | Any small (less than $300) allowances agreed to be made to Buyer to settle any unforeseen dispute arising at settlement | $0.00 |
| 8. | Miscellaneous | $3,675.19 |
| 9. | Other (Seller Assist, 5%) | $11,200.00 |
| 10. | Credit to Seller | ($2,530.41) |
| | **Total Subtotal** | **$217,778.51** |
| | | |
| 10. | Paid to Non-filing Spouse | **$31,110.75** |

After paying all liens in full and all costs of sale, the title clerk shall pay, William C. Miller, Chapter 13 standing trustee, the balance of the sales proceeds, approximately **$31,110.75** to be distributed by the standing trustee to his applicable commission[1], upon confirmation, in accordance with debtor's confirmed plan.

The title clerk shall fax a completed HUD-1 or settlement sheet from the closing directly to the trustee immediately upon the close of the settlement, and the trustee shall promptly notify the title company of his approval or objections to the sums to be disbursed.

Upon trustee approval, the title clerk shall fax a copy of the disbursement check to the trustee, and shall immediately transmit the actual disbursement check to the trustee by overnight courier.

This Order **REPLACES** and **SUPERSEDES** the prior Order entered at Doc. # 31.

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**

---

[1] The Trustee's commission shall be based on the base amount of the confirmed plan.