UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
| --- | --- | --- |
|     Diane Marker | : | Chapter 13 |
| | : | |
|     Debtor (s) | : | Case No.: 17-15614-ELF |

**ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES**

**AND NOW**, upon consideration of the Debtor's Motion to Voluntarily Dismiss her Case pursuant to 11 USC 1307(b), and for good cause shown it is ORDERED that:

1. Pursuant to 11 U.S.C. Section 1307(b) this case is Dismissed and any discharge that was granted is vacated.

2. All outstanding fees to the Court are due and owing and must be paid within 5 days of the date of this Order.

3. Pursuant to Fed. R. Bankr. P. 2002(f), the Clerk shall notify all parties in interest of the entry of this Order.

4. Pursuant to 11 U.S.C. § 349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

5. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within (21) days of the entry of this Order.

6. **Promptly after the expiration of the time period set forth in ¶5 above, Counsel for the Debtor shall file either**: (a) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expenses has been filed or (2) certify that such applications have been filed (after which the Clerk shall schedule a hearing on all such applications).

7. If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty three (63) days of the entry of this Order, then the Standing Trustee shall, (a) if any applications for administrative expenses other than Debtor(s)' Counsel's have been filed, request a hearing thereon or (b) if no such applications have been filed, return the undistributed chapter 13 payments in his possession to the Debtor(s) pursuant to 11 U.S.C. § 1326(a)(2).

Date:  1/17/18

_____
ERIC L. FRANK
CHIEF U.S. BANRUPTCY CHIEF JUDGE