```
                      United States Bankruptcy Court
                      Eastern District of Pennsylvania
```

In re:                                                    Case No. 17-15614-elf
Diane Marker                                              Chapter 13
Diane Marker
        Debtors

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: ChrissyW             Page 1 of 2            Date Rcvd: Jan 17, 2018
                              Form ID: pdf900            Total Noticed: 20
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 19, 2018.
```
db             #+Diane Marker,    521 Claremont Road,    Springfield, PA 19064-3414
db              +Diane Marker,    MAILING ADDRESS,    13 North Brookside Road,    2nd Floor,
                  Springfield, PA 19064-2527
13969934       ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                 (address filed with court: Capital One,     15000 Capital One Dr,    Richmond, VA 23238)
13969935        +Central Loan,    425 Phillips Blvd,    Ewing, NJ 08618-1430
14018475         Department Stores National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                  Kirkland, WA 98083-0657
13969936        +Dsnb Macys,    Po Box 8218,    Mason, OH 45040-8218
14032969        +FREEDOM MORTGAGE CORPORATION,    c/o KEVIN G. MCDONALD,    KML LAW GROUP, P.C.,
                  701 Market St. Suite 5000,    Philadelphia, PA 19106-1541
13969937        +Kwartler Manus, LLC,    1429 Walnut Street,    Suite 701,    Philadelphia, PA 19102-3207
13980654        +REDWOOD RESIDENTIAL ACQUISITION CORPORATION,     c/o REBECCA ANN SOLARZ,    KML Law Group, P.C.,
                  710 Market Street,    Suite 5000,    Philadelphia, PA 19106-2312
13969941        +Td Bank Usa/targetcred,    Po Box 673,    Minneapolis, MN 55440-0673
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov Jan 18 2018 01:52:30      City of Philadelphia,
                  City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                  Philadelphia, PA 19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 18 2018 01:51:42
                  Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA 17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 18 2018 01:52:20      U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13969933        E-mail/Text: ebn@americollect.com Jan 18 2018 01:52:02      Americollect Inc,    Po Box 1566,
                  Manitowoc, WI 54221
13982923        E-mail/Text: ally@ebn.phinsolutions.com Jan 18 2018 01:51:17      Ally Bank Lease Trust,
                  PO Box 130424,    Roseville MN 55113-0004
13969932       +E-mail/Text: ally@ebn.phinsolutions.com Jan 18 2018 01:51:17      Ally Financial,
                  200 Renaissance Ctr,    Detroit, MI 48243-1300
14013925       +E-mail/Text: bankruptcydpt@mcmcg.com Jan 18 2018 01:51:57      MIDLAND FUNDING LLC,
                  PO BOX 2011,    WARREN, MI 48090-2011
13969939       +E-mail/Text: bankruptcydpt@mcmcg.com Jan 18 2018 01:51:57      Midland Funding,
                  2365 Northside Dr Ste 30,    San Diego, CA 92108-2709
13996600        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 18 2018 02:14:13
                  Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
14035600       +E-mail/Text: bncmail@w-legal.com Jan 18 2018 01:52:07      TD Bank USA, N.A.,
                  C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
                                                                                               TOTAL: 10
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13969938         Martin C. Marker, III
13969940       ##+Stellar Recovery Inc,    4500 Salisbury Rd Ste 10,    Jacksonville, FL 32216-8035
                                                                                  TOTALS: 1, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 19, 2018                                 Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: ChrissyW              Page 2 of 2                  Date Rcvd: Jan 17, 2018
                              Form ID: pdf900             Total Noticed: 20
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 17, 2018 at the address(es) listed below:
              BRANDON J. PERLOFF    on behalf of Debtor Diane  Marker bperloff@kminjurylawyers.com,
               kmecf1429@gmail.com
              KEVIN G. MCDONALD    on behalf of Creditor    FREEDOM MORTGAGE CORPORATION KMcDonald@blankrome.com
              REBECCA ANN SOLARZ    on behalf of Creditor    REDWOOD RESIDENTIAL ACQUISITION CORPORATION
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                                 TOTAL: 5
```

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
| --- | --- | --- |
| Diane Marker | : | Chapter 13 |
| | : | |
| Debtor (s) | : | Case No.: 17-15614-ELF |

**ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES**

**AND NOW**, upon consideration of the Debtor's Motion to Voluntarily Dismiss her Case pursuant to 11 USC 1307(b), and for good cause shown it is ORDERED that:

1. Pursuant to 11 U.S.C. Section 1307(b) this case is Dismissed and any discharge that was granted is vacated.

2. All outstanding fees to the Court are due and owing and must be paid within 5 days of the date of this Order.

3. Pursuant to Fed. R. Bankr. P. 2002(f), the Clerk shall notify all parties in interest of the entry of this Order.

4. Pursuant to 11 U.S.C. § 349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

5. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within (21) days of the entry of this Order.

6. **Promptly after the expiration of the time period set forth in ¶5 above, Counsel for the Debtor shall file either**: (a) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expenses has been filed or (2) certify that such applications have been filed (after which the Clerk shall schedule a hearing on all such applications).

7. If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty three (63) days of the entry of this Order, then the Standing Trustee shall, (a) if any applications for administrative expenses other than Debtor(s)' Counsel's have been filed, request a hearing thereon or (b) if no such applications have been filed, return the undistributed chapter 13 payments in his possession to the Debtor(s) pursuant to 11 U.S.C. § 1326(a)(2).

Date: 1/17/18

_____
ERIC L. FRANK
CHIEF U.S. BANRUPTCY CHIEF JUDGE